UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ERIC J. BOKOR** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-0789 |
| | ) | Judge Campbell/Knowles |
| **CITY OF HENDERSONVILLE, et al.** | ) | |

**O R D E R**

This is a civil action alleging a violation of the Plaintiff's civil rights under the Fourteenth Amendment of the United States Constitution. Plaintiff's Complaint was filed on August 23, 2010 (Docket Entry No. 1). The record in this case does not reflect that summonses were issued for the Defendants on that date, nor does it appear that summonses has ever been issued in this case.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> *Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.*

Within twenty (20) days of the date of entry of this Order, therefore, Plaintiff shall file a written statement showing good cause for his failure to serve the Defendant within 120 days after the filing of the Complaint. If Plaintiff fails to comply

with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge